# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESHAME BRANCH, | Case No. 2:14-cv-02007-RCJ-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| V. LEAMAN, et al., | |
| Defendant(s). | |

On May 15, 2015, the Court ordered Plaintiff to show cause why this case should not be dismissed for his failure to update his address. Docket No. 4. Plaintiff has now filed a notice of updated address, Docket No. 5, and the Court hereby DISCHARGES the order to show cause.

The Court further INSTRUCTS the Clerk's Office to send Plaintiff a copy of the order at Docket No. 2 at his newly updated address.

Dated: May 27, 2015

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE