UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DESHAME BRANCH,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>V. LEAMAN, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-02007-RCJ-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

　　　　This matter is before the Court on Plaintiff Deshame Branch's Application to Proceed *In Forma Pauperis*. Docket No. 1. When Plaintiff initiated this case, he was incarcerated. *See id.* Plaintiff has filed a notice of change of address since that time, however, and it appears that he is no longer incarcerated. *See* Docket No. 5. To the extent Plaintiff seeks to continue pursuing this action, he must submit a new application to proceed *in forma pauperis* reflecting his current financial situation. Accordingly, Plaintiff's pending Application to Proceed *In Forma Pauperis* (Docket No. 1) is hereby DENIED without prejudice. If Plaintiff wishes to continue pursuing this lawsuit, he must file a new application to proceed *in forma pauperis* no later than **June 29, 2015**. THE FAILURE TO FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY THAT DATE WILL RESULT IN A RECOMMENDATION THAT THIS CASE BE DISMISSED.

　　　　Plaintiff should carefully consider whether he would like to continue with this case. When a prisoner initiates a lawsuit, he is ultimately responsible for paying the full amount of the filing fee even if he is granted *in forma pauperis* status. *See* 28 U.S.C. § 1915(b)(1). If a prisoner is released after initiating

the lawsuit, he is still ultimately responsible for paying the entirety of the fee. *See, e.g.*, *Putzer v. Attal*, 2013 WL 4519351, *3 (D. Nev. Aug. 23, 2013) (discussing split of authority). As the Court has previously indicated, it does not appear that Plaintiff's claims will survive the pleading stage. *See* Docket No. 2. In the event that Plaintiff files a new application to proceed *in forma pauperis*, the Court will screen his complaint and at that point he will be ultimately responsible for paying the filing fee even in the event that his complaint is dismissed.

    IT IS SO ORDERED.

    Dated:  June 10, 2015

                                                        _____
                                                        Nancy J. Koppe
                                                        UNITED STATES MAGISTRATE JUDGE