UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESHAME BRANCH, ) | |
| ) | CASE NO.: 2:14-CV-02007-RCJ-NJK |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| V. LEAMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #8) entered on July 2, 2015, in which the Magistrate Judge recommends the Court dismiss this action with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #8).

    IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close this case.

    IT IS SO ORDERED this 6th day of January, 2016.

                                                    _____
                                                  ROBERT C. JONES
                                                  UNITED STATES DISTRICT JUDGE